UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES T., <br><br> Petitioner, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security <br><br> Respondent. | Case No. 2:20-cv-00388-DCN-REP <br><br> **ORDER** |

Petitioner Charles T. applied for both Title II disability and disability insurance benefits which were ultimately denied. After exhausting his administrative remedies, Petitioner sought the Court's review.

On December 28, 2021, United States Magistrate Judge Raymond E. Patricco issued a Report and Recommendation in this matter. Dkt. 19. Pursuant to statute, the parties had fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). Having reviewed the Report and Recommendation, and with no objections having been filed, the Court accepts in whole the Report and Recommendation. *Id.*

**ORDER**

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on December 28, 2021, (Dkt. 19) is INCORPORATED and ADOPTED in its entirety.

ORDER – 1

2. Petitioner's Petition for Judicial Review[1] is DENIED.

3. Commissioner Kilolo Kijakazi's decision is AFFIRMED.

4. This action is DISMISSED with prejudice and CLOSED.

DATED: January 13, 2022

David C. Nye
Chief U.S. District Court Judge

---

[1] The pleading initiating this case bears the title "Complaint," but the Civil Coversheet included with the filing indicates, more accurately, that it is a petition for review. Thus, consistent with the usual practice in this District, it will be referred to as a "Petition for Review."

ORDER – 2